No. 1204. LEÓN, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

No. 1205. AYALA, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

No. 1206. GARCÍA, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

No. 1207. GARCÍA, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

No. 1208. MALDONADO, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

No. 1210. DE JESÚS, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

No. 1214. RODRÍGUEZ, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

No. 1215. RAMOS, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

No. 1216. RODRÍGUEZ, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

Appeals from the District Court of Guayama in *certiorari* proceedings against the Muncipal Judge of Salinas in actions to strike out names of voters. Motions by respondent for dismissal of the appeals for failure to file transcripts of the records and because no practical result could be obtained. Decided December 21, 1914. Appeals dismissed for the reasons stated in the decision rendered in the case of *Vega*

v. *Hernández,* decided December 21, 1914. The appellants did not appear. *Mr. Salvador Mestre, fiscal,* for the respondent.